2021R01130/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 25-659 |
| HASHIEM MITCHELL and SHADEE MITCHELL | : | 21 U.S.C. § 846<br>21 U.S.C. §§ 841(a)(1), (b)(1)(B), and (b)(1)(C)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(c)(1)(A)(i) |

FILED

OCT 22 2025

AT 8:30 ___2:15___ P M
CLERK, U.S. DISTRICT COURT - DNJ

**INDICTMENT**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

**COUNT ONE**
(Conspiracy to Distribute Heroin and Fentanyl)

From in or around September 2021 through on or about September 1, 2022, in Essex County, in the District of New Jersey and elsewhere, the defendants,

**HASHIEM MITCHELL and
SHADEE MITCHELL,**

did knowingly and intentionally conspire and agree with each other and with others to distribute and possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

In violation of Title 21, United States Code, Sections 846.

## COUNT TWO
(Possession with Intent to Distribute Heroin and Fentanyl)

On or about December 12, 2021, in Essex County, in the District of New Jersey and elsewhere, the defendants,

**HASHIEM MITCHELL and
SHADEE MITCHELL,**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
(Possession with Intent to Distribute Fentanyl)

On or about March 3, 2022, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**SHADEE MITCHELL,**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR
(Possession with Intent to Distribute Fentanyl)

On or about March 22, 2022, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**SHADEE MITCHELL,**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE
(Possession with Intent to Distribute Fentanyl)

On or about March 29, 2022, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**SHADEE MITCHELL,**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SIX
(Possession with Intent to Distribute Fentanyl)

On or about May 12, 2022, in Essex County, in the District of New Jersey and elsewhere, the defendants,

**HASHIEM MITCHELL and
SHADEE MITCHELL,**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SEVEN
(Possession with Intent to Distribute Heroin and Fentanyl)

On or about May 25, 2022, in Essex County, in the District of New Jersey and elsewhere, the defendants,

**HASHIEM MITCHELL and
SHADEE MITCHELL,**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT EIGHT
(Possession with Intent to Distribute Heroin and Fentanyl)

On or about June 2, 2022, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**SHADEE MITCHELL,**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT NINE
(Possession with Intent to Distribute Heroin and Fentanyl)

On or about July 13, 2022, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**SHADEE MITCHELL,**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TEN
(Possession with Intent to Distribute Heroin and Fentanyl)

On or about August 23, 2022, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**SHADEE MITCHELL,**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT ELEVEN
(Possession with Intent to Distribute Heroin and Fentanyl)

On or about September 1, 2022, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**SHADEE MITCHELL,**

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

#

## COUNT TWELVE
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about September 1, 2022, in Essex County, in the District of New Jersey and elsewhere, the defendant,

## SHADEE MITCHELL,

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute heroin and fentanyl, as charged in Count Eleven of this Indictment, did knowingly possess a firearm, namely, a Springfield XD 45 ACP .45 caliber handgun, bearing serial number XD663063.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THIRTEEN
(Possession of Firearms and Ammunition by a Convicted Felon)

On or about September 1, 2022, in Essex County, in the District of New Jersey and elsewhere, the defendant,

### SHADEE MITCHELL,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition, namely: (1) one Springfield XD 45 ACP .45 caliber handgun, bearing serial number XD663063; (2) one Springfield Armory XD-40 .40 caliber handgun, bearing serial number MG222419; (3) one Glock 19 9 millimeter handgun, bearing serial number NAR817; (4) one Raven Arms MP25 .25 caliber handgun, bearing serial number 1316972; (5) one Sig Sauer 229 .40 caliber handgun, bearing a defaced serial number; and (6) assorted ammunition, and the firearms and ammunition were in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOURTEEN
(Possession with Intent to Distribute Heroin and Fentanyl)

On or about September 1, 2022, in Union County, in the District of New Jersey and elsewhere, the defendant,

## HASHIEM MITCHELL,

did knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## FORFEITURE ALLEGATION AS TO COUNTS ONE THROUGH ELEVEN AND COUNT FOURTEEN

1. As a result of committing the controlled substance offenses in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B), and (b)(1)(C), as charged in Counts One through Eleven and Count Fourteen of this Indictment, the defendants,

**HASHIEM MITCHELL and
SHADEE MITCHELL,**

shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the offenses charged in Counts One through Eleven and Count Fourteen of this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of those offenses.

## FORFEITURE ALLEGATION AS TO COUNTS TWELVE AND THIRTEEN

2. As a result of committing the firearms offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A)(i), as charged in Counts Twelve and Thirteen of this Indictment, the defendant,

**SHADEE MITCHELL,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such offenses, including but not limited to: (1) one Springfield XD 45 ACP .45 caliber handgun, bearing serial number XD663063; (2) one Springfield Armory XD-40 .40 caliber handgun, bearing serial number MG222419; (3) one Glock 19 9 millimeter handgun, bearing serial number NAR817; (4) one Raven Arms MP25 .25 caliber

handgun, bearing serial number 1316972; (5) one Sig Sauer 229 .40 caliber handgun, bearing a defaced serial number; and (6) assorted ammunition.

**Substitute Assets Provision**
**(Applicable to All Forfeiture Allegations)**

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

A TRUE BILL

TODD BLANCHE
U.S. Deputy Attorney General

/s/ *Alina Habba* / bah
ALINA HABBA
Acting United States Attorney
Special Attorney

John M. Maloy
Assistant U.S. Attorney

17

CASE NUMBER: 25-659

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

HASHIEM MITCHELL and
SHADEE MITCHELL

INDICTMENT FOR

21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1), (b)(1)(B), and (b)(1)(C)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)(1)(A)(i)



**ALINA HABBA**
ACTING U.S. ATTORNEY
SPECIAL ATTORNEY

JOHN M. MALOY
*ASSISTANT U.S. ATTORNEY*
*NEWARK, NEW JERSEY*
*973-645-2766*